UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
:
:
UNITED STATES OF AMERICA          :
                                  :   **UNSEALING ORDER**
        - v. -                    :
                                  :   21 Cr. 322 (PGG), 20
Juan Oscar Rosario Lopez,         :   Mag. 13325
    a/k/a "Juan Rosario,"         :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Kaylan E. Lasky;

It is found that the Indictment in the above-captioned action, 21 Cr. 322 (PGG), and that the associated Complaint, 20 Mag. 13325, are currently sealed and the United States Attorney's Office has applied to have the Indictment, Complaint, and any further entries on these dockets, unsealed, it is therefore

ORDERED that the Indictment, Complaint, and any further entries on the dockets in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       June 14, 2021

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE