UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN OSCAR ROSARIO LOPEZ,
*also known as Juan Rosario*,

Defendant.

**ORDER**

21 Cr. 322 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Lopez has advised the Court that he intends to plead guilty. (Dkt. No. 15) The status conference for Defendant, currently scheduled for October 15, 2021, is adjourned to **November 16, 2021 at 12:00 p.m.**, at which time the Court will conduct a change of plea hearing.

Upon the application of Defendant, by and through his counsel, Amy Gallicchio, and with the consent of the United States of America, by and through Assistant United Sates Attorney Kaylan Lasky, the time from October 15, 2021 through November 16, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to finalize a pre-trial disposition.

Dated: New York, New York
       October 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge