UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN OSCAR ROSARIO LOPEZ,
*also known as Juan Rosario*,

Defendant.

**ORDER**

21 Cr. 322 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing of Defendant Juan Oscar Rosario Lopez will take place on **March 10, 2022 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **February 17, 2022**, and any submission by the Government is due on **February 24, 2022**.

      The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated: New York, New York
      November 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge