**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2022

**BY ECF and Email**

Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Juan Oscar Rosario Lopez**
             **21 CR 322 (PGG)**

Dear Judge Gardephe:

      I write to request a temporary modification of Mr. Rosario Lopez' bail conditions to allow him to travel to Philadelphia, Pennsylvania to attend his daughter's wedding this coming weekend. If the application is granted, Mr. Rosario-Lopez will leave New York City on Saturday, March 12, 2022 and return on Sunday, March 13, 2022. He will stay overnight at his daughter's residence. He will provide his Pretrial Services Officer with his itinerary and the address at which he will stay.

      On June 14, 2021, Mr. Rosario Lopez was released on bail to home detention with location monitoring. His $50,000 bond was co-signed by a daughter and his employer. His Pretrial Services Officer reports that although Mr. Rosario Lopez is in compliance with his conditions of release, it is the policy of Pretrial Services to not consent to bail modifications for social requests for individuals on home detention. The Government defers to Pretrial Services.

      Mr. Rosario Lopez has been on pretrial release for nine months without one misstep and he has been employed steadily since his release as a deli-man in a bodega. He is a devoted husband, father and grandfather. He has never asked for any modifications of his bail. He does not present a risk of flight and would never jeopardize the financial wellbeing of the co-signers on his bond by violating his bail conditions. His daughter's wedding is a special occasion, and he respectfully requests that the Court permit him to attend.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Amy Gallicchio*

_____

Amy Gallicchio, Esq.
Assistant Federal Defender
(917) 612-3274

CC: AUSA Kaylan Lasky by ECF and email.
PTSO Ashley Cosme by email.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: March 9, 2022